IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| FRANCIS J. MICELI, | ) ) | Case No. CV-04-398-E-BLW |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| BECHTEL BWXT IDAHO, L.L.C., | ) ) ) | |
| Defendant. | ) ) ) | |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment (Docket No. 27) is GRANTED and this case is dismissed in its entirety.

DATED: **April 12, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**